■ JUDITH SOLOMON et al., Respondents, v CITY OF NEW YORK et al., Defendants, and SALTRU ASSOCIATES JOINT VENTURE, Appellant. [638 NYS2d 486]

Saltru Associates Joint Venture is not a named defendant. It, therefore, lacks standing to proceed in this matter. Bracken, J. P., O'Brien, Ritter and Friedmann, JJ., concur.